**Exhibit A to the Complaint**

**Location:** Parlin, NJ

**Total Works Infringed:** 73

**IP Address:** 24.191.198.108

**ISP:**  Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BA4548E157820A3DF2C7D690EA08DB61F12C949A File Hash: 95514F92F5CF9A316B04E53BA54298EF21933141B0FACE94D8C1B7C7EE95CE39 | 02/24/2020 00:56:52 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 2 | Info Hash: 8350274C85342B0099EBF03570ACE176BACA2773 File Hash: 297042B335B3BF441F3731571CD0D499CFA0C13FD74EC643BE0CAFAB1C0E2A69 | 02/24/2020 00:45:37 | Blacked Raw | 01/22/2020 | 02/20/2020 | PA0002229057 |
| 3 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02/24/2020 00:31:13 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 4 | Info Hash: CB89CE5E87D35FBDB4850C2D61FC60A26CBC0CD6 File Hash: 3DA90096BBAC8B52C7CA996B548B56334706A89E908058C880D09D5ABD4AD571 | 02/23/2020 20:39:23 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 5 | Info Hash: 8059043743EE83DA79D9AC508FAD5973F2988995 File Hash: 59D9849D10DF8FEFE56E42E3F95AA08B03EB405C3BE31DCC0BBBDAA18EE0E804 | 02/23/2020 20:37:14 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 6 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D File Hash: 4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 02/23/2020 19:23:53 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 7 | Info Hash: DB497BED967866328C462CD1A231FA28CB64FD11 File Hash: FC1D827EB4C7B83CB646EB678BEE163F7DE809FF2F1AD43E7C3D7CADF1AF71BF | 01/20/2020 03:38:33 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 8 | Info Hash: 63D8D9B3820167570E8ABB7E82A37DA24954AB7D File Hash: D943C0B89D441D28D1E72D25829F743130C67F0A9BC6E273ADBA6EA6560A9116 | 01/20/2020 02:40:25 | Blacked Raw | 01/02/2020 | 02/04/2020 | PA0002225581 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: B2EE8AC164A5CD941099A622C58EF686BDF9B171 File Hash: BD3946B232D961F9A8ED48051E1868890BF13C60C0ECA22633AF24FF20A92269 | 01/20/2020 02:31:06 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 10 | Info Hash: F70A608080EE69C5B9D8441C04342D089F1A8C1E File Hash: B63EE77DA3835713F6183CA52EB03E35D955AFD6C771DD869F3A6921953BB5AC | 01/19/2020 06:21:12 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 11 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1 File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01/19/2020 06:10:09 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 12 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA File Hash: 8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 01/19/2020 06:08:03 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 13 | Info Hash: 997F98DD2CCE2358A746BC551ED08FA9816944CD File Hash: 5833A6CBC1A605FDE3CA3F918752670E518A8725358337490269AC49813E22F8 | 01/19/2020 06:06:36 | Blacked | 01/05/2020 | 02/03/2020 | PA0002225565 |
| 14 | Info Hash: 2A235B5AC390943D91494754632D98DC21F91C61 File Hash: DA36FB64B2F44D21AEBA0C9894C59A022E7D8F5097E628388EF06C0BED7A6CA1 | 12/27/2019 02:56:12 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 15 | Info Hash: 4F053CF62313C11BDA80C3231C4BD0E00D0DE61D File Hash: 3F5BE95BFBB92B49EA524AEEDF4BCCDA901E042671FF35068028DA5A4C4D09BF | 12/26/2019 23:57:25 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |
| 16 | Info Hash: 2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7 File Hash: 358DA725020AF45E0B0CAE9E1D26EBE160E66995B1C4815EE09665B1B4F93BEF | 12/26/2019 22:52:56 | Blacked Raw | 12/13/2019 | 01/22/2020 | PA0002234865 |
| 17 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C File Hash: 3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 12/26/2019 22:52:20 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash: 72906D84D8783BBD85422446F753190E587602DF File Hash: 5D29B63EE042AECC50E69817F835ADDA3C953B61CF929DBB55B296E7B95F6867 | 12/26/2019 20:24:08 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |
| 19 | Info Hash: AE85D2190589CE8883FED23909B796D22C58205F File Hash: 93EE38CF768E0E62E4546E703E275C40ED5328DFE66F42DCE47FF938F9DC34C5 | 12/26/2019 20:13:10 | Blacked Raw | 12/03/2019 | 01/03/2020 | PA0002233431 |
| 20 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 12/26/2019 19:32:36 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 21 | Info Hash: 2252CF7AA2BAB39150F44238AAC9B63DB688A57A File Hash: C8D18F515078862DFDA4CDB8B28026FE929A14C4619BE14E5D16B7F7880031AD | 12/26/2019 19:17:21 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 22 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D File Hash: 09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 12/22/2019 03:18:36 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 23 | Info Hash: CD8618EED714855D34A7C9855FF48459EEFC19E9 File Hash: EB08A4BA3B4CB230C755314B682EDBF4E44BD95A8CFA29CA36280E9AD153B27A | 12/22/2019 02:20:06 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 24 | Info Hash: 8A648DB9622035F8BA2FEDE5F9EDE4894208D3E3 File Hash: C12B33C60AD51B9712D51F693F99BB4758C1C2683D6A6D836CBB74868CFC98A8 | 12/22/2019 02:19:31 | Blacked | 12/16/2019 | 01/22/2020 | PA0002234860 |
| 25 | Info Hash: 1F5056D2F0CFFD05EA0C69EAE4D19F67E4FC70E9 File Hash: 041D8F8F1C59EE8A62F504D6A791189502DDB7EABF0DB4C67DE8B0A5399E008F | 12/22/2019 02:10:29 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 26 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A File Hash: 9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 12/22/2019 01:22:05 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 7F06F0E07A10143EB2C8673FADA7B21358A4AB2D File Hash: 8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 12/22/2019 01:17:22 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 28 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 12/22/2019 01:15:44 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 29 | Info Hash: 54B8B6B4AB1F0BE30AF949BA83BE8F341B265D40 File Hash: 8512DEA6AA5B11BA9BFEBFD5B5B361DB8EBDC88C955CDE7D1712B25ADBF2B007 | 11/17/2019 21:08:55 | Blacked | 11/16/2019 | 12/03/2019 | PA0002232049 |
| 30 | Info Hash: 0075912858F26F4B9B02968E5B9913617E3F3830 File Hash: D19DE7E11241A54E88C807833D4C62AB0E74BF1D7C22D6D23A6E3AFBBFB0412C | 11/17/2019 21:06:01 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 31 | Info Hash: 9CED871B3751A3B538A20DB265EBDFF8329EDC22 File Hash: AAC8C4DFCD4077BE87A12502F7541B94C7A9D0028BEA14D483ADE7D0E3C7A272 | 11/17/2019 21:04:08 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 32 | Info Hash: 00D4C51A29C9BECB409301B771D686F17B05B89B File Hash: 2517AD4C9EBD5958B7B53277E98727CB70A48CAE5960B8795E50AD33A0666CBE | 11/17/2019 19:55:06 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |
| 33 | Info Hash: A386369E9620CD551C87E9E07842DE45BD1B172F File Hash: F8D49BE32DC038878A18B3A32A1AFF410382AAA4E1952E2327D8D2672A1E64ED | 11/17/2019 19:51:47 | Blacked Raw | 11/08/2019 | 12/03/2019 | PA0002232045 |
| 34 | Info Hash: E31F60BD5E91795F03011BF84A5C2B31E50C58B4 File Hash: 1F6E832562C625E9D1B7FCA3ADCD184EF958B9197E517F69D09FCBF8ACE88CEE | 11/03/2019 23:56:55 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 35 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03 File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 11/03/2019 23:56:14 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C3D72FCFAFB0CFE653D94833E141952989C54EF0 File Hash: C5E9E52AF063FF4C3D1ACC010C7AFEDD9C2DA2FDDE2AD22AD63E9D5E06EE563F | 11/03/2019 23:43:50 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 37 | Info Hash: CDAC395CE8800993349925E75F02E08592BA8B26 File Hash: 658E948CFDC15C66CB84492342B916A97F9E9FCA815F01B356FBF5632B4B75DF | 11/03/2019 23:43:30 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 38 | Info Hash: 5F6AA2A5EBECC91803CACFCBD57DC5F74832C2A4 File Hash: 36E7FBF4E360DC0AB31CFC8A5E15295CD4DCE06E97194AABC02C59A835AE8850 | 10/20/2019 00:15:54 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 39 | Info Hash: AC8383EA12C6AE92C4E7A88F9693A44094526D7C File Hash: 7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 10/19/2019 23:30:36 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 40 | Info Hash: 119DC446BEBFEDD1A5069582FD23FE358C78F4F9 File Hash: 6555638278B9C75C49758E027A7AC0526022AC6D42C649E714356018AE21AA08 | 10/14/2019 02:08:56 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 41 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 10/14/2019 01:06:40 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 42 | Info Hash: DD83AC897A4FD8B1B938F028E4B3C78C1897F531 File Hash: AA897643CB22B26D76F905513CF325BF3502E8A343DA47AEB1E5740EB4A03DD1 | 10/14/2019 00:30:56 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 43 | Info Hash: 27D3FCCFC1AD4840C1551335EDD1E3406AB4DC0F File Hash: AFFEBE09AECB5375045C33633B636BE6925C6AB9C9888C052B2C6388857BEFE2 | 10/14/2019 00:29:52 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 44 | Info Hash: 9B9BE0BD6B2C4DD84BD646AF5D801292AFB09DDF File Hash: F3F49B23D7C25F3DDD5E2E47714E4A1058B09ED21D9601A802D09BCE6E126104 | 10/14/2019 00:29:28 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 45 | Info Hash: 48CB4C30D04660582C75639C2DCC4DCAD30E4C38 File Hash: 7076A3FC2E6C1EB640EB00D981D0B089F53A78229A26DFB02936B0078A9EE169 | 10/13/2019 23:27:59 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 46 | Info Hash: D688340236811F64E8637A5AFF159570F1648994 File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 10/13/2019 23:20:04 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 47 | Info Hash: AB6061895AFDF2D02F4E52CBE8139592CFEFDF38 File Hash: 8AC6BEF33EC824383A869041954605EAA507DB219553EA03EE78AEC6DD85A33A | 10/13/2019 22:05:25 | Blacked | 10/02/2019 | 10/21/2019 | PA0002207747 |
| 48 | Info Hash: C3C26667427BF81BBD2DCFD90FABAFFE0B82CAD1 File Hash: 2EEA6CB8E64062A896B494F9BC33CC5FDAE3448105A5A5D4933D018A9F3B0C1B | 10/13/2019 21:50:13 | Blacked | 10/12/2019 | 11/05/2019 | PA0002227087 |
| 49 | Info Hash: 73DFB9E01775300A351722EFAA0DAD384952EBF0 File Hash: BC069A88481A788CCFC4E186459FE4F3384DC7AB48F6D46CFF338AE125CADC4E | 10/13/2019 21:48:59 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 50 | Info Hash: 17B1792C83AEBC91585F95157D74A5375A45D307 File Hash: A29E60835180E18203D9B7E6FB317C457E09F8B5BD30EA86E96ECF283140F5EE | 09/19/2019 02:05:29 | Blacked Raw | 09/14/2019 | 10/01/2019 | PA0002217360 |
| 51 | Info Hash: 44A91CCBFDE09D843FF4C167CFE6685C8AE80078 File Hash: 63290BDBEDF5C7343F37C7CBD0113D0B95EA091BB67EB25B09DD403B22FF91EE | 09/19/2019 01:20:38 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 52 | Info Hash: B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43 File Hash: 099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 09/19/2019 01:20:07 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 53 | Info Hash: AE22AB5504C05C2B883232F07799C9925A3CBA59 File Hash: 81025B6CA1036C3CDECC5B8F12BD52D9D5EE761693724E29890943CE4E12382B | 09/08/2019 20:12:08 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F<br>File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 09/08/2019 18:06:38 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 55 | Info Hash: 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D<br>File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 09/08/2019 15:49:39 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 56 | Info Hash: FBBFEBB1C68DF7C5B90CCA1A5638DF9C4C6BFC7A<br>File Hash: 43782B257EF4AE91D30B598250B878F3E857AD38F052A179CAC0C40903C101C2 | 09/08/2019 15:36:50 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 57 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 09/08/2019 03:00:24 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 58 | Info Hash: 7D876817AF91151926A2C4590E9EB0D38F9BB646<br>File Hash: 5E27A0458B72C6D803880871DF27DACA94012E7B8B48AE69B798C9AFE26CDD40 | 09/08/2019 01:40:27 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 59 | Info Hash: 80F9044259AD9C63843A25A73CAFD64ACB18CEA3<br>File Hash: 7AF35A486BD4F38E68DDCC2D855416D10A1DCD53AEF0690FD3B4DC23A707A72C | 09/08/2019 01:39:34 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 60 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675<br>File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 09/08/2019 01:36:16 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 61 | Info Hash: C6A16AF61498B40015401768A655EC382074206A<br>File Hash: DD8A8D71ACFFA1BA653AC7D4D732594CF015BCBC0D0215827EFF5494950BED19 | 09/08/2019 01:35:02 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 62 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash: CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 09/08/2019 01:22:25 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 63 | Info Hash: B1B040222FC514CF26DD8676F1303F0E5906E9EB File Hash: 4A3876E64D4E6263306B4238FE7303DCF36EB69313DB7CFA809FFE504D6D9D50 | 09/08/2019 00:59:23 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 64 | Info Hash: 1A6470E21E54EE628069047098E9B5DFB9B17ED2 File Hash: DC07CEA2B9742F1F04351D7A11868746045D5A1DF8F5A6E0AF00D9C69779AB3D | 09/08/2019 00:56:35 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 65 | Info Hash: 0BB45C1043F264656FD238E2E8E117B9E06AD6A0 File Hash: E4B2D26741E5832FCD58CC296E6598F185F73B2F0A5C24B92197FA20F4456F89 | 08/04/2019 20:20:09 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 66 | Info Hash: DE77246EE34EE1CDD79ED93E2A72D390952AEDBA File Hash: 7A9703274C30670E88D5C893C87B8F218D90C72E0AE6635F0BFB38807695E4B7 | 08/04/2019 20:17:52 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 67 | Info Hash: 6478D6818B6843DC1DEE5BD5A6C05F7B6D37EC2E File Hash: B98513AE2490FF3F323AE1CC7F75EC58C20154B89A409B54083E456853E5E623 | 08/04/2019 19:54:13 | Blacked Raw | 07/11/2019 | 09/17/2019 | PA0002216212 |
| 68 | Info Hash: 727C2698471403826A0D17EAF0010FFEAD561BCC File Hash: D9812DE8B99DBA8CDD8EF04CC5E2BFA310CA71BF155F2C5CC8D38E14C2017017 | 08/04/2019 19:01:47 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 69 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B File Hash: 181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 08/04/2019 18:11:18 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 70 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4 File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 08/04/2019 17:07:42 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 71 | Info Hash: 7C2EFB2F67AE964678071271206339F17FC4EAD4 File Hash: 24FFFBCC065C36F02A425FF5A8FCC164FF5792E35BBEBB12B98E2D35219C25F4 | 08/04/2019 16:38:51 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 72 | Info Hash:<br>5C4A3BC7AC5899B767E52F595E19A19088B4507C<br>File Hash:<br>141AFAEAA65A9F9D7601D0A63E1E8DCBD311E0742F24E55E4FD5F447F24E5A95 | 08/04/2019 16:33:04 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 73 | Info Hash:<br>6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash:<br>B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 08/04/2019 15:38:55 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |